In The

*Court of Appeals*

*Ninth District of Texas at Beaumont*

_____

**NO. 09-19-00077-CR**
_____

**WADE BYRON MORGAN, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the 75th District Court**
**Liberty County, Texas**
**Trial Cause No. CR22130**

**MEMORANDUM OPINION**

Wade Byron Morgan filed a notice of appeal from the trial court's order of February 27, 2019, which denied Morgan's motion for entry of a judgment nunc pro tunc. We questioned our jurisdiction over this appeal. Morgan filed a response but did not establish our jurisdiction over this appeal. The State filed a response alleging that this Court lacks jurisdiction. We lack jurisdiction over this appeal because an order denying a motion for judgment nunc pro tunc is not appealable. *See Everett v.*

1

*State*, 82 S.W.3d 735, 735 (Tex. App.—Waco 2002, pet. dism'd); *Allen v. State*, 20 S.W.3d 164, 165 (Tex. App.—Texarkana 2000, no pet. [mand. denied]). Accordingly, the appeal is dismissed for lack of jurisdiction.

APPEAL DISMISSED.

_____
LEANNE JOHNSON
Justice

Submitted on April 9, 2019
Opinion Delivered April 10, 2019
Do Not Publish

Before Kreger, Horton, and Johnson, JJ.